**Order entered October 28, 2013**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00025-CV

**ERICA STENSON, APPELLANT**

**V.**

**HIGH POINTE VILLAGE, APPELLEE**

**On Appeal from County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-12-07145-D**

## ORDER

As the court reporter has informed us appellant has failed to request a reporter's record, we **ORDER** the appeal submitted without the reporter's record. See TEX. R. APP. P. 37.3(c)(1).

Appellant shall file her brief within thirty days of the date of this order.

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE